ORDERED that H. Allen Whitehead is hereby disbarred by consent effective forthwith. The effective date of respondent's disbarment shall run, for reinstatement purposes, from the date respondent files his affidavit pursuant to D.C. Bar Rule XI, § 14(g).

The Clerk shall publish this order, but the affidavit shall not be publicly disclosed or otherwise made available except upon order of the Court or upon written consent of the respondent.

The Clerk shall cause a copy of this order to be transmitted to the Chairman of the Board on Professional Responsibility and to the respondent, thereby giving him notice of the provisions of Rule XI, §§ 14 and 16, which set forth certain rights and responsibilities of disbarred attorneys and the effect of failure to comply therewith.

## O R D E R

PER CURIAM.

On consideration of the joint motion of the parties to dismiss appeals, vacate panel opinion, and for immediate remand of the cases for entry of stipulated dispositions, it is

ORDERED that the motion is granted and these appeals are hereby dismissed and the matters remanded to the Superior Court for proceedings consistent with the motion. It is

FURTHER ORDERED that the panel opinion published at 776 A.2d 581 (D.C. 2001) is hereby vacated. It is

FURTHER ORDERED that the Clerk is directed to issue the mandate forthwith.

JANE W., Jane X., John Y., John Z., Appellants,

v.

PRESIDENT AND DIRECTORS OF GEORGETOWN COLLEGE, Appellee.

Jane Doe No. 1, Appellant,

v.

Georgetown University Medical Center, Appellee.

No. 02–CV–1289.

District of Columbia Court of Appeals.

Argued April 7, 2004.

Decided Dec. 23, 2004.

Javier CARD, Jerome Edwards, Jr., Antoine W. Rice, Appellants,

v.

UNITED STATES, Appellee.

Nos. 94–CF–754, 94–CF–801 and 94–CF–1147.

District of Columbia Court of Appeals.

Dec. 22, 2004.

Before: WAGNER, Chief Judge; TERRY, SCHWELB, FARRELL, RUIZ, REID, GLICKMAN, and WASHINGTON, Associate Judges, and * STEADMAN, Senior Judge.

* Judge Steadman was an Associate Judge of this court at time of argument. His status changed to Senior Judge on October 18, 2004.